1817.

*In the matter of* ROBERTS.

---

### In the matter of ROBERTS, a Lunatic.

A committee of a lunatic is entitled to an allowance, by way of compensation for his services, in receiving and paying out moneys, within the equity of the statute, (sess. 40. ch. 251.) authorizing this court to make a reasonable allowance to guardians, executors, and administrators, for their services.
Rule as to the rate of allowance to guardians, executors, and administrators.

*October 2.*

PETITION of *Nehemiah Allen,* the committee of the lunatic, praying for an allowance for compensation, and accompanied with a master's report, stating the account of the committee, and that he had received 1,906 dollars, and paid out 1,158 dollars, in small sums, and that five per cent. on the whole sum paid out and received, would be a reasonable allowance.

*E. W. King,* for the petitioner, contended, that the case was within the equity of the act of the 15th of *April,* 1817, (sess. 40. ch. 251.) which declares, "that it shall be lawful for the court of chancery, in the settlement of the accounts of guardians, executors, and administrators, on petition or otherwise, to make a reasonable allowance to them for their services, as such guardians, executors, or

*1817.*

*In the matter of*
*Roberts.*

administrators over and above their expenses, and that when the rate of such allowance shall have been settled by the chancellor, it shall be conformed to in all cases of the settlement of such accounts."

THE CHANCELLOR thought the case within the equity of that statute, and adopted the following rate of compensation, as reasonable, it being higher than the allowances to the masters and registers in this court, in respect to the receipt and payment of moneys, and yet not so high as to inflame the cupidity of such trustees, viz.

*Five* per cent. on all sums *received and paid out,* not exceeding 1,000 dollars—(*i. e.* 2 1-2 per cent. for such sums received, and 2 1-2 per cent for such sums paid out.)

*Two and an half* per cent. on any excess, between 1,000 dollars and 5,000 dollars.

*One* per cent. for all above 5000 dollars.

This allowance would accordingly produce, on an estate of 10,000 dollars, the sum of 200 dollars, viz.

Rule of allowance to guardians, executors, and administrators.

| | |
|---|---|
| The 1st $1,000 | $50 |
| 2d, 4,000 | 100 |
| 3d, 5,000 | 50 |
| $10,000 | $200 |

N. B. On the 16th of *October*, 1817, a general rule was passed establishing the above allowance to guardians, executors, and administrators.